# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15 cr 93

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **JESSE BRISON OLLIS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** came before the undersigned pursuant to Defendant's Motion to Withdraw Motion to Suppress and Request for Cancellation of Evidentiary Hearing (#16). It appears from the motion that Defendant wishes to withdraw his Motion to Suppress (#14) and the Court cancel a hearing that is scheduled for January 26, 2016 at 9:30 a.m. The motion shows that the Government has been consulted and has no objection to the motion.

## ORDERED

**IT IS, THEREFORE ORDERED** that Defendant's Motion to Withdraw Motion to Suppress and Request for Cancellation of Evidentiary Hearing (#16) is hereby **ALLOWED**. The Motion to Suppress (#14) is ordered to be withdrawn

and the hearing scheduled for January 26, 2016 at 9:30 a.m. is hereby **CANCELED**.

Signed: January 25, 2016

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge